CITY OF ST. GEORGE *et al. v.* HAAG.

HILL, J. The judge did not abuse his discretion in granting, on conflicting evidence, an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
OCTOBER 15, 1912.

Injunction. Before Judge Parker. Charlton superior court. April 15, 1912.

*J. L. Sweat,* for plaintiffs in error.

*Wilson, Bennett & Lambdin,* contra.